No. 82–5658.   MULVILLE v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.   Certiorari denied.

No. 82–5659.   LAY v. BETHLEHEM STEEL ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5662.   HEGWOOD v. MARTIN, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 82–5667.   SEIDERS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5669.   MAURICIO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–5671.   DUARTE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5674.   VALDOVINOS-CORTEZ v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 82–5677.   HILL v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–5691.   HANSEN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.